IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DAVID BERNARD THOMPSON**                                                               **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 3:07-cv-484-HTW-LRA**

**JOHN DOUGLAS, DAN HAWN,**
**SCOTT THOMPSON AND**
**DESKA L. VARNADO**                                                    **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 25th day of April, 2008.

                                                       s/ HENRY T. WINGATE
                                                       CHIEF UNITED STATES DISTRICT JUDGE